UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

TINA DONAHUE                                                                                              PLAINTIFF

v.                                          No. 5:19-CV-05169

NWA STAFFING, LLC                                                                                        DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 18th day of May, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE